# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 12-30714

_____

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2014

Lyle W. Cayce
Clerk

HALEIGH JANEE MCBRIDE, individually & on behalf of I M S,

        Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.,

        Defendant - Appellee

_____

BRIAN J. SUIRE,

        Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.

        Defendant - Appellee

_____

SAUL C. TROUCHET,

        Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.

        Defendant - Appellee

_____

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette
_____

ON PETITION FOR REHEARING EN BANC
(Opinion October 2, 2013, 5 Cir., 2013, 731 F.3d 505)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.